# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL S. KLEIN,

    Plaintiff,

v.

B. STROUD et al.,

    Defendants.

2:16-cv-00637-JAD-VCF

**ORDER**

**I.  DISCUSSION**

At the Inmate Early Mediation Conference, the parties reached a settlement. (*See* ECF No. 17). Defendants seek an extension of the stay through February 10, 2017 to submit a proposed order of dismissal. (ECF No. 21, 22). The Court grants the motions.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time to submit proposed order of dismissal (ECF No. 21) until February 10, 2017 is granted.

IT IS FURTHER ORDERED that the motion to continue the stay (ECF No. 22) until February 10, 2017 is granted.

DATED: This 20th day of January, 2017.

_____
United States Magistrate Judge