ADAM PAUL LAXALT
Nevada Attorney General
WADE BEAVERS
Deputy Attorney General
Nevada Bar No. 13451
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1209
E-Mail: wbeavers@ag.nv.gov

*Attorneys for Defendants Romeo Aranas,
Jay Barth, Benjamin Estill, Ryan Hesler,
Jerry Howell, Alexis Lozano, Jennifer Nash,
Dwight Neven, Antoine Norman, Edward Provencal,
Anthony Robertson, Bruce Stroud, Lee Werlinger,
and Theresa Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL S. KLEIN,<br><br>         Plaintiff,<br><br>v.<br><br>B. STROUD, *et al.*,<br><br>         Defendants. | Case No. 2:16-cv-00637-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 6, 24 |

    Plaintiff, Paul S. Klein, appearing pro se, and Defendants Romeo Aranas, Jay Barth, Benjamin Estill, Ryan Hesler, Jerry Howell, Alexis Lozano, Jennifer Nash, Dwight Neven, Antoine Norman, Edward Provencal, Anthony Robertson, Bruce Stroud, Lee Werlinger, and Theresa Wickham, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Wade Beavers, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice.

///

///

///

///

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 5 day of January, 2017.              DATED this 20th day of January, 2017.

                                                ADAM PAUL LAXALT
                                                Attorney General

By: _____                   By: _____
PAUL S. KLEIN                                   WADE BEAVERS
*Plaintiff, Pro Se*                             Deputy Attorney General
                                                Bureau of Litigation
                                                Public Safety Division

                                                *Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____ 1/23/17
DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2